UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

EVERGREEN MEDIA HOLDINGS, LLC
and TONY DEROSA-GRUND     Case No.: 2:14-cv-000499 JES-DNF

    Plaintiffs,

v.

PAUL ROCK PRODUCED, LLC and
PAULE ROCKFERRY a/k/a PAUL ROCK,

    Defendants.
_____

PAUL ROCK and PAUL ROCK
PRODUCED, LLC,     Case No.: 2:15-cv-228-FtM-29CM

    Plaintiffs,

v.

EVERGREEN MEDIA HOLDINGS, LLC.
TONY DEROSA-GRUND AND DOES,

    Defendants.
_____/

## CONSENT/AGREED MOTION TO EXTEND DISCOVERY DEADLINE AND DISPOSITIVE MOTIONS DEADLINE

Defendants, PAUL ROCK and PAUL ROCK PRODUCED, LLC, pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 16(b)(4), move to extend the discovery deadline until March 17, 2017 and the dispositive motions, *Daubert*, and *Markman* motions deadline until March 31, 2017, and state:

### Procedural Posture

Pursuant to this Court's September 2, 2016 Amended Case Management and Scheduling Order, the discovery deadline was January 6, 2017 and the dispositive motions, *Daubert*, and *Markman* motions deadline is February 2, 2017. [D.E.111]. Due to scheduling difficulties caused

by the holidays, the parties agreed to continue conducting discovery until February 6, 2017. However, based on the amount of discovery and travel required to depose witnesses, it has become clear to the parties that a further extension of the discovery deadline is needed, as is an extension of the dispositive motions, *Daubert*, and *Markman* motions deadline. Thus, the parties seek an extension of the discovery deadline until **March 17, 2017** and the dispositive motions, *Daubert*, and *Markman* motions deadline until **March 31, 2017**.

## Argument

This complex commercial litigation arises out of a failed Hollywood movie deal. The parties sued each other in different lawsuits that were consolidated in this Court. The parties have currently issued deposition subpoenas to fourteen (14) non-party witnesses, and more subpoenas are expected. None of the subpoenaed witnesses are located within the Middle District of Florida. They are located all over the United States, including California, Texas, Connecticut, Virginia, and New York. The parties are also engaged in written discovery, including requests for admissions, requests for production, and interrogatories. This written discovery is extensive and includes Electronically Stored Information (ESI).

Based on the sheer volume of discovery required to litigate the parties' consolidated lawsuits and the amount of travel necessary to depose witnesses around the country, the parties seek an extension of the discovery deadline and dispositive motions, *Daubert*, and *Markman* motions deadline. It is not possible to complete discovery and prepare dispositive motions, *Daubert*, and *Markman* motions under the current deadlines.

Significantly, the parties do *not* seek an extension of the trial date or any other deadlines in the Court's Amended Case Management and Scheduling Order. This Court has wide discretion to manage its caseload and adjust case deadlines. *See Clinton v. Jones*, 520 U.S. 681,

683, 117 S.Ct. 1636 (1997) ("[T]he District Court has broad discretion to stay proceedings as an incident to its power to control its own docket."); *Wilson v. Farley*, 203 Fed. Appx 239, 250 (11th Cir. 2006) ("A district court retains the inherent authority to manage its own docket.").

## Agreement of Opposing Parties

Undersigned counsel is authorized to represent that Plaintiffs, EVERGREEN MEDIA HOLDINGS, LLC and TONY DEROSA-GRUND, consent to and agree with this motion.

WHEREFORE, Defendants, PAUL ROCK and PAUL ROCK PRODUCED, LLC, request that this Court grant this motion and enter an order extending the discovery deadline until March 17, 2017 and the dispositive motions, *Daubert*, and *Markman* motions deadline until March 31, 2017.

## CERTIFICATE OF SERVICE

I hereby certify that on January 19th, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing and in accordance with the Service List below:

David Steinfeld, Esq., Law Offices of David Steinfeld, P.L., 3801 PGA Blvd., Suite 600, Palm Beach Gardens, FL  33410; Email: dave@davidsteinfeld.com; Alexander S. Gareeb, Esq. and Fadi K. Rasheed, Esq., Gareeb Law Group APC, 5900 Canoga Ave., Suite 250, Woodland Hills, CA  91367; Email: agareeb@glglegal.com and frasheed@glglegal.com; David N. Lake, Esq., Law Offices of David N. Lake, PC, 16130 Ventura Blvd., Suite 650, Encino, CA  91436; Email: david@lakelawpc.com; and Dale Sisco, Esq., Sisco Law, P.O. Box 3382, Tampa, FL 33601; Email: dsisco@sisco-law.com.

METHE & ROCKENBACH, P.A.
*Defense Counsel for Paul Rock*
1555 Palm Beach Lakes Blvd., Suite 301
West Palm Beach, FL 33401
Telephone:(561) 727-3600
Facsimile:  (561) 727-3601
PE:	kbrock@flacivillaw.com
2E:	krothell@flacivillaw.com
2E:	tbermudez@flacivillaw.com

By: /s/   Kara Berard Rockenbach
KARA BERARD ROCKENBACH, ESQ.
Florida Bar Number:  0044903
KRISTI BERGEMANN ROTHELL, ESQ.
Florida Bar Number:  0632538