UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EVERGREEN MEDIA HOLDINGS, LLC
and TONY DEROSA-GRUND,

    Plaintiffs,

v.   Case No:   2:14-cv-499-FtM-29MRM

PAUL ROCK PRODUCED, LLC, PAULE
ROCKFERRY, UNITED STATES
TRUSTEE'S OFFICE and EVA S
ENGELHART,

    Defendants.
_____/

PAUL ROCK, an individual and PAUL
ROCK PRODUCED, LLC, a Florida limited
liability company,

    Plaintiffs,

v.   Case No. 2:15-cv-228-FtM-29CM

EVERGREEN MEDIA HOLDINGS, LLC,
a Texas limited liability company, and
TONY DEROSA-GRUND, an individual,
and DOES, 1-50, Inclusive,

    Defendants.
_____/

## **ORDER**

    Pending before the Court is the Consent/Agreed Motion to Extend Discovery Deadline and Dispositive Motions Deadline (Doc. 113) filed on January 19, 2017.  The parties request that the discovery deadline be extended to March 17, 2017, and the dispositive, *Daubert*, and *Markman* motions deadline be extended to March 31, 2017.  These proposed deadlines do not take into account the import of the requested extensions on the other remaining pretrial deadlines

in the case. For example, the proposed new dispositive motion deadline is March 31, 2017 and the presently set Final Pretrial Conference is May 15, 2017. The presiding trial judge will not have sufficient time after the dispositive motions are ripe to rule on them prior to the Final Pretrial Conference. To accommodate the requested extension of time, therefore, the Court must also extend the remaining deadlines in the case.

The Court would be remiss in failing to note that this newest Case Management and Scheduling Order will be the *Fifth* Amended Case Management and Scheduling Order and that this case was filed in 2014. To keep this case on track, therefore, the Court is not inclined to extend these deadlines further.

Accordingly, **IT IS HEREBY ORDERED:**

1) The Consent/Agreed Motion to Extend Discovery Deadline and Dispositive Motions Deadline is **GRANTED** to the extent that the following shall be the new case management and scheduling deadlines:

| | |
|---|---|
| Discovery Deadline | March 17, 2017 |
| Dispositive Motions, *Daubert*, and *Markman* Motions | March 31, 2017 |
| Meeting in person to prepare Joint Final Pretrial Statement | July 10, 2017 |
| Joint Final Pretrial Statement | August 1, 2017 |
| All other motions including motions *in limine* | August 1, 2017 |
| Final Pretrial Conference | August 21, 2017 at 9:00 a.m. |
| Trial Term begins | September 5, 2017 |

2) The Clerk of Court is directed to enter a Fifth Amended Case Management and Scheduling Order utilizing the above deadlines.

**DONE AND ORDERED** in Fort Myers, Florida on January 19, 2017.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties