UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Paul Rock Produced, LLC, and           Civ. No. 2:14-499-FtM-PAM-MRM
Paule Rockferry a/k/a Paul Rock,

    Counterclaim-Plaintiffs.

v.                                     **ORDER**

Evergreen Media Holdings, LLC,
and Tony DeRosa-Grund,

    Counterclaim-Defendants.

---

This matter is before the Court on the parties' Stipulation. (Docket No. 322.) The parties have settled this matter pursuant to a settlement agreement filed under seal with the Court. In that agreement, the parties agreed that the Court should retain jurisdiction over the case until Counterclaim-Defendants have satisfied their payment obligations to Counterclaim-Plaintiffs.

Accordingly, **IT IS HEREBY ORDERED that** the Clerk of Court is **DIRECTED** to administratively terminate this matter, with the Court retaining jurisdiction until the terms of the parties' settlement agreement are satisfied.

Dated:   April 10, 2018              *s/Paul A. Magnuson*
                                                             Paul A. Magnuson
                                                            United States District Court Judge